**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Entered pursuant to Administrative Order No. 18-04, Teresa D. Underwood, Clerk of Court**

**By: /s/ Kelly Migletz**
   **Deputy Clerk**

**Dated: 02:59 PM May 23, 2019**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| MARTIN C. THOMAS | ) | CASE NO. 13-42706 |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtor | ) | **ORDER PROVIDING FOR INCREASED** |
| | ) | **DIVIDEND TO UNSECURED CREDITORS** |
| | ) | **AS A RESULT OF TAX REFUND** |

THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtor's attorney to increase the dividend to be paid to unsecured creditors, no notice having been given as none is required, and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and undersigned counsel for debtor; and,

IT APPEARING TO THE COURT that the debtor's confirmed plan now in effect provides for a dividend to general unsecured creditors of 40%; and,

IT FURTHER APPEARING that as a result of additional funds received by the Trustee from the debtor's 2018 tax refund in the amount of $964.00, a dividend of not less

than 55% can now be paid to general unsecured creditors; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtor's estate in that the dividend to be paid to unsecured creditors is being increased pursuant to the terms of the within Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that unsecured creditors shall be paid a dividend of not less than 55% of their allowed claims in the within Chapter 13 case. Debtor's current monthly Chapter 13 plan payment is not changed by this Order.

###

SUBMITTED & APPROVED BY:


/s/ Michael A. Gallo
MICHAEL A. GALLO, TRUSTEE


/s/ Bruce R. Epstein
BRUCE R. EPSTEIN, ESQ.
Attorney for Debtor

CH13:jrb Thomas.Ord 5/22/19

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| MARTIN C. THOMAS | ) | CASE NO. 13-42706 |
| | ) | |
| | ) | |
| Debtor | ) | RUSS KENDIG |
| | ) | U.S. BANKRUPTCY JUDGE |

## INSTRUCTIONS TO CLERK

Please serve the following with a copy of the ORDER PROVIDING FOR INCREASED DIVIDEND TO BE PAID TO UNSECURED CREDITORS AS A RESULT OF TAX REFUND:

BRUCE R. EPSTEIN, ESQ.
5500 Market Street, Suite 101
Youngstown, OH 44512
(Attorney for Debtor)

MARTIN C. THOMAS
4951 Canfield Road
Canfield, OH 44406
(Debtor)

MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(Standing Chapter 13 Trustee)