| | |
|---|---|
| Debtor 1 | Martin C. Thomas; aka Martin Thomas |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio (State) |
| Case number | 13-42706-rk |

# Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 3 2

**Property address:** 4951 Canfield Rd
Number    Street

Canfield        OH    44406
City            State  ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
                                                              MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ 5,398.90 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 178.20 |
| c. **Total.** Add lines a and b. | (c) | $ 5,577.10 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07/01/2018
                                                                        MM / DD / YYYY

| Debtor 1 | Martin C. Thomas | | | Case number (if known) | 13-42706-rk |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**  **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**  **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✖ /s/ Molly Slutsky Simons | | | Date | 07 / 03 / 2019 |
|---|---|---|---|---|---|
| | Signature | | | | |

| Print | Molly Slutsky Simons | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Sottile and Barile, Attorneys at Law |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 394 Wards Corner Road, Suite 180 | | |
|---|---|---|---|
| | Number | Street | |
| | Loveland | OH | 45140 |
| | City | State | ZIP Code |

| Contact phone | (513) 444 - 4100 | Email | bankruptcy@sottileandbarile.com |
|---|---|---|---|

---

13-42706-rk   Doc     FILED 07/03/19   ENTERED 07/03/19 15:07:57   Page 2 of 6

| | | | Thomas, Martin | | | Interest Method: | Daily/ Actual | Trustee Pays Arrears / Borrower Pays Ongoing - ARREARS PAID IN FULL | | | | | | | | | | | |
| | | | | | | Interest Rate: | 10.430% | Chapter 13 BK Reconciliation for NOFC - Case #13-42706 | | | | | | | | | | | |

| Date | Effective Date | Days | Description | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | APO Balance | APO Claim / PMT | Late Balance | Late Fees/pmts | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/13 | 12/11/13 | | BK FILE DATE | | | | 245.64 | | | | 0.00 | | | | | | | 0.00 | 32,609.55 |
| 12/11/13 | 12/11/13 | 0 | 11/01/13 - 12/01/13 | 501.11 | 501.11 | 0.00 | 245.64 | 245.64 | 255.47 | 0.00 | 0.00 | (501.11) | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,354.08 |
| 12/11/13 | 12/11/13 | 0 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,354.08 |
| 12/11/13 | 12/11/13 | 0 | *Citi Financial* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,354.08 |
| 12/13/13 | 12/13/13 | 1 | Borrower PMT to Suspense | 400.00 | 0.00 | 9.25 | 9.25 | 0.00 | 0.00 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 32,354.08 |
| 01/13/14 | 01/12/14 | 31 | 01/01/14 | 450.00 | 415.30 | 286.60 | 295.85 | 295.85 | 119.45 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 434.70 | 32,234.63 |
| 02/07/14 | 02/06/14 | 25 | 02/01/14 | 431.00 | 415.30 | 230.28 | 230.28 | 230.28 | 185.02 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.40 | 32,049.61 |
| 02/07/14 | 02/06/14 | 0 | 03/01/14 | 0.00 | 415.30 | 0.00 | 0.00 | 0.00 | 415.30 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.10 | 31,634.31 |
| 03/10/14 | 03/09/14 | 31 | 04/01/14 | 431.00 | 415.30 | 280.23 | 280.23 | 280.23 | 135.07 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.80 | 31,499.24 |
| 04/04/14 | 04/04/14 | 26 | Borrower PMT to Suspense | 314.00 | 0.00 | 234.03 | 234.03 | 0.00 | 0.00 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 364.80 | 31,499.24 |
| 04/09/14 | 04/08/14 | 4 | 05/01/14 | 100.00 | 415.30 | 36.00 | 270.03 | 270.03 | 145.27 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.50 | 31,353.97 |
| 05/16/14 | 05/15/14 | 37 | 06/01/14 | 415.30 | 415.30 | 331.50 | 331.50 | 331.50 | 83.80 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.50 | 31,270.17 |
| 06/13/14 | 06/12/14 | 28 | 07/01/14 | 415.00 | 415.30 | 250.20 | 250.20 | 250.20 | 165.10 | 0.00 | 0.00 | (501.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.20 | 31,105.06 |
| 06/19/14 | 06/18/14 | 6 | Arrears Payment | 43.88 | 0.00 | 53.33 | 53.33 | 0.00 | 0.00 | 0.00 | 0.00 | (457.23) | 43.88 | 0.00 | 0.00 | 0.00 | 0.00 | 49.20 | 31,105.06 |
| 07/21/14 | 07/20/14 | 32 | Arrears Payment | 35.10 | 0.00 | 284.43 | 337.76 | 0.00 | 0.00 | 0.00 | 0.00 | (422.13) | 35.10 | 0.00 | 0.00 | 0.00 | 0.00 | 49.20 | 31,105.06 |
| 08/14/14 | 08/13/14 | 24 | Arrears Payment | 29.84 | 0.00 | 213.32 | 551.08 | 0.00 | 0.00 | 0.00 | 0.00 | (392.29) | 29.84 | 0.00 | 0.00 | 0.00 | 0.00 | 49.20 | 31,105.06 |
| 08/25/14 | 08/24/14 | 11 | 08/01/14 | 500.00 | 415.30 | 97.77 | 648.85 | 415.30 | 0.00 | 0.00 | 0.00 | (392.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 133.90 | 31,105.06 |
| 10/03/14 | 10/02/14 | 39 | 09/01/14 | 500.00 | 415.30 | 346.65 | 580.20 | 415.30 | 0.00 | 0.00 | 0.00 | (392.29) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 218.60 | 31,105.06 |
| 10/15/14 | 10/14/14 | 12 | Arrears Payment | 36.65 | 0.00 | 106.66 | 271.56 | 0.00 | 0.00 | 0.00 | 0.00 | (355.64) | 36.65 | 0.00 | 0.00 | 0.00 | 0.00 | 218.60 | 31,105.06 |
| 11/17/14 | 11/16/14 | 33 | Arrears Payment | 29.57 | 0.00 | 293.32 | 564.88 | 0.00 | 0.00 | 0.00 | 0.00 | (326.07) | 29.57 | 0.00 | 0.00 | 0.00 | 0.00 | 218.60 | 31,105.06 |
| 12/22/14 | 12/21/14 | 35 | Arrears Payment | 25.71 | 0.00 | 311.09 | 875.97 | 0.00 | 0.00 | 0.00 | 0.00 | (300.36) | 25.71 | 0.00 | 0.00 | 0.00 | 0.00 | 218.60 | 31,105.06 |
| 01/16/15 | 01/15/15 | 25 | Arrears Payment | 26.17 | 0.00 | 222.21 | 1,098.18 | 0.00 | 0.00 | 0.00 | 0.00 | (274.19) | 26.17 | 0.00 | 0.00 | 0.00 | 0.00 | 218.60 | 31,105.06 |
| 01/23/15 | 01/22/15 | 7 | 10/01/14 | 500.00 | 415.30 | 62.22 | 1,160.40 | 415.30 | 0.00 | 0.00 | 0.00 | (274.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 303.30 | 31,105.06 |
| 02/12/15 | 02/11/15 | 20 | 11/01/14 | 1,407.83 | 415.30 | 177.77 | 922.86 | 415.30 | 0.00 | 0.00 | 0.00 | (274.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,295.83 | 31,105.06 |
| 02/12/15 | 02/11/15 | 0 | 12/01/14 | 0.00 | 415.30 | 0.00 | 507.56 | 415.30 | 0.00 | 0.00 | 0.00 | (274.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 880.53 | 31,105.06 |
| 02/12/15 | 02/11/15 | 0 | 01/01/15 | 0.00 | 415.30 | 0.00 | 92.26 | 92.26 | 323.04 | 0.00 | 0.00 | (274.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 465.23 | 30,782.03 |
| 02/12/15 | 02/11/15 | 0 | 02/01/15 | 0.00 | 415.30 | 0.00 | 0.00 | 0.00 | 415.30 | 0.00 | 0.00 | (274.19) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.93 | 30,366.73 |
| 02/13/15 | 02/12/15 | 1 | Arrears Payment | 26.55 | 0.00 | 8.68 | 8.68 | 0.00 | 0.00 | 0.00 | 0.00 | (247.64) | 26.55 | 0.00 | 0.00 | 0.00 | 0.00 | 49.93 | 30,366.73 |
| 02/25/15 | 02/24/15 | 12 | 03/01/15 | 400.00 | 415.30 | 104.13 | 112.81 | 112.81 | 302.49 | 0.00 | 0.00 | (247.64) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.63 | 30,064.23 |
| 03/23/15 | 03/22/15 | 26 | Arrears Payment | 40.31 | 0.00 | 223.36 | 223.36 | 0.00 | 0.00 | 0.00 | 0.00 | (207.33) | 40.31 | 0.00 | 0.00 | 0.00 | 0.00 | 34.63 | 30,064.23 |
| 04/20/15 | 04/19/15 | 28 | 04/01/15 | 500.00 | 415.30 | 240.55 | 463.91 | 415.30 | 0.00 | 0.00 | 0.00 | (207.33) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 119.33 | 30,064.23 |
| 04/20/15 | 04/19/15 | 0 | Arrears Payment | 27.18 | 0.00 | 0.00 | 48.61 | 0.00 | 0.00 | 0.00 | 0.00 | (180.15) | 27.18 | 0.00 | 0.00 | 0.00 | 0.00 | 119.33 | 30,064.23 |
| 05/18/15 | 05/17/15 | 28 | Arrears Payment | 27.41 | 0.00 | 240.55 | 289.16 | 0.00 | 0.00 | 0.00 | 0.00 | (152.74) | 27.41 | 0.00 | 0.00 | 0.00 | 0.00 | 119.33 | 30,064.23 |
| 06/11/15 | 06/10/15 | 24 | Arrears Payment | 27.60 | 0.00 | 206.18 | 495.34 | 0.00 | 0.00 | 0.00 | 0.00 | (125.14) | 27.60 | 0.00 | 0.00 | 0.00 | 0.00 | 119.33 | 30,064.23 |
| 06/26/15 | 06/25/15 | 15 | 05/01/15 | 450.00 | 415.30 | 128.86 | 624.21 | 415.30 | 0.00 | 0.00 | 0.00 | (125.14) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154.03 | 30,064.23 |
| 07/22/15 | 07/21/15 | 26 | Arrears Payment | 27.75 | 0.00 | 223.36 | 432.27 | 0.00 | 0.00 | 0.00 | 0.00 | (97.39) | 27.75 | 0.00 | 0.00 | 0.00 | 0.00 | 154.03 | 30,064.23 |
| 07/29/15 | 07/28/15 | 7 | 06/01/15 | 450.00 | 415.30 | 60.14 | 492.41 | 415.30 | 0.00 | 0.00 | 0.00 | (97.39) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.73 | 30,064.23 |
| 08/21/15 | 08/20/15 | 23 | Arrears Payment | 26.91 | 0.00 | 197.59 | 274.70 | 0.00 | 0.00 | 0.00 | 0.00 | (70.48) | 26.91 | 0.00 | 0.00 | 0.00 | 0.00 | 188.73 | 30,064.23 |
| 08/26/15 | 08/25/15 | 5 | 07/01/15 | 450.00 | 415.30 | 42.95 | 317.65 | 317.65 | 97.65 | 0.00 | 0.00 | (70.48) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 223.43 | 29,966.58 |
| 10/05/15 | 10/04/15 | 40 | Arrears Payment | 30.62 | 0.00 | 342.52 | 342.52 | 0.00 | 0.00 | 0.00 | 0.00 | (39.86) | 30.62 | 0.00 | 0.00 | 0.00 | 0.00 | 223.43 | 29,966.58 |
| 10/09/15 | 10/08/15 | 4 | 08/01/15 | 450.00 | 415.30 | 34.25 | 376.77 | 376.77 | 38.53 | 0.00 | 0.00 | (39.86) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.13 | 29,928.06 |
| 11/09/15 | 11/08/15 | 31 | Arrears Payment | 14.11 | 0.00 | 265.11 | 265.11 | 0.00 | 0.00 | 0.00 | 0.00 | (25.75) | 14.11 | 0.00 | 0.00 | 0.00 | 0.00 | 258.13 | 29,928.06 |
| 11/16/15 | 11/16/15 | 8 | APO ENTERED | 0.00 | 0.00 | 68.42 | 333.53 | 0.00 | 0.00 | 0.00 | 0.00 | (25.75) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258.13 | 29,928.06 |
| 11/16/15 | 11/16/15 | 0 | 09/01/15 - 01/01/16 | 2,395.60 | 2,395.60 | 0.00 | 333.53 | 333.53 | 2,062.07 | 0.00 | 0.00 | (25.75) | 0.00 | (2395.60) | (2395.60) | 0.00 | 0.00 | 258.13 | 27,865.99 |
| 11/16/15 | 11/16/15 | 0 | LEGAL FEES & COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (25.75) | 0.00 | (3421.60) | (1026.00) | 0.00 | 0.00 | 258.13 | 27,865.99 |
| 11/18/15 | 11/17/15 | 1 | 02/01/16 | 450.00 | 415.30 | 7.96 | 7.96 | 7.96 | 407.34 | 0.00 | 0.00 | (25.75) | 0.00 | (3421.60) | 0.00 | 0.00 | 0.00 | 292.83 | 27,458.66 |
| 12/16/15 | 12/15/15 | 28 | Borrower PMT to Suspense | 985.57 | 0.00 | 219.70 | 219.70 | 0.00 | 0.00 | 0.00 | 0.00 | (25.75) | 0.00 | (3421.60) | 0.00 | 0.00 | 0.00 | 1,278.40 | 27,458.66 |

| Date | Effective Date | Days | Description | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | APO Balance | APO Claim / PMT | Late Balance | Late Fees/pmts | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/15 | 12/15/15 | 0 | 03/01/16 | 0.00 | 415.30 | 0.00 | 219.70 | 219.70 | 195.60 | 0.00 | 0.00 | (25.75) | 0.00 | (3421.60) | 0.00 | 0.00 | 0.00 | 863.10 | 27,263.06 |
| 12/16/15 | 12/15/15 | 0 | APO Payment - 12/15/2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (25.75) | 0.00 | (2851.33) | 570.27 | 0.00 | 0.00 | 292.83 | 27,263.06 |
| 12/31/15 | 12/30/15 | 15 | Arrears Payment | 10.41 | 0.00 | 116.86 | 116.86 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 10.41 | (2851.33) | 0.00 | 0.00 | 0.00 | 292.83 | 27,263.06 |
| 01/20/16 | 01/19/16 | 20 | Borrower PMT to Suspense | 1,000.00 | 0.00 | 155.81 | 272.67 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (2851.33) | 0.00 | 0.00 | 0.00 | 1,292.83 | 27,263.06 |
| 01/20/16 | 01/19/16 | 0 | 04/01/16 | 0.00 | 415.30 | 0.00 | 272.67 | 272.67 | 142.63 | 0.00 | 0.00 | (15.34) | 0.00 | (2851.33) | 0.00 | 0.00 | 0.00 | 877.53 | 27,120.42 |
| 01/20/16 | 01/19/16 | 0 | APO Payment - 01/15/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (2281.06) | 570.27 | 0.00 | 0.00 | 307.26 | 27,120.42 |
| 02/12/16 | 02/11/16 | 23 | Borrower PMT to Suspense | 1,000.00 | 0.00 | 178.24 | 178.24 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (2281.06) | 0.00 | 0.00 | 0.00 | 1,307.26 | 27,120.42 |
| 02/12/16 | 02/11/16 | 0 | 05/01/16 | 0.00 | 415.30 | 0.00 | 178.24 | 178.24 | 237.06 | 0.00 | 0.00 | (15.34) | 0.00 | (2281.06) | 0.00 | 0.00 | 0.00 | 891.96 | 26,883.37 |
| 02/12/16 | 02/11/16 | 0 | APO Payment - 02/15/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (1710.79) | 570.27 | 0.00 | 0.00 | 321.69 | 26,883.37 |
| 03/14/16 | 03/13/16 | 31 | Borrower PMT to Suspense | 986.00 | 0.00 | 238.14 | 238.14 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (1710.79) | 0.00 | 0.00 | 0.00 | 1,307.69 | 26,883.37 |
| 03/14/16 | 03/13/16 | 0 | 06/01/16 | 0.00 | 415.30 | 0.00 | 238.14 | 238.14 | 177.16 | 0.00 | 0.00 | (15.34) | 0.00 | (1710.79) | 0.00 | 0.00 | 0.00 | 892.39 | 26,706.21 |
| 03/14/16 | 03/13/16 | 0 | APO Payment - 03/15/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (1140.52) | 570.27 | 0.00 | 0.00 | 322.12 | 26,706.21 |
| 04/20/16 | 04/19/16 | 37 | Borrower PMT to Suspense | 1,000.00 | 0.00 | 282.36 | 282.36 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (1140.52) | 0.00 | 0.00 | 0.00 | 1,322.12 | 26,706.21 |
| 04/20/16 | 04/19/16 | 0 | 07/01/16 | 0.00 | 415.30 | 0.00 | 282.36 | 282.36 | 132.94 | 0.00 | 0.00 | (15.34) | 0.00 | (1140.52) | 0.00 | 0.00 | 0.00 | 906.82 | 26,573.27 |
| 04/20/16 | 04/19/16 | 0 | APO Payment - 04/15/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (570.26) | 570.26 | 0.00 | 0.00 | 336.56 | 26,573.27 |
| 05/18/16 | 05/17/16 | 28 | Borrower PMT to Suspense | 900.00 | 0.00 | 212.62 | 212.62 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | (570.26) | 0.00 | 0.00 | 0.00 | 1,236.56 | 26,573.27 |
| 05/18/16 | 05/17/16 | 0 | 08/01/16 | 0.00 | 415.30 | 0.00 | 212.62 | 212.62 | 202.68 | 0.00 | 0.00 | (15.34) | 0.00 | (570.26) | 0.00 | 0.00 | 0.00 | 821.26 | 26,370.59 |
| 05/18/16 | 05/17/16 | 0 | APO Payment - 05/15/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 570.26 | 0.00 | 0.00 | 251.00 | 26,370.59 |
| 06/29/16 | 06/28/16 | 42 | 09/01/16 | 416.00 | 415.30 | 316.49 | 316.49 | 316.49 | 98.81 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 251.70 | 26,271.78 |
| 07/27/16 | 07/26/16 | 28 | 10/01/16 | 416.00 | 415.30 | 210.20 | 210.20 | 210.20 | 205.10 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 252.40 | 26,066.68 |
| 08/25/16 | 08/25/16 | 30 | 11/01/16 | 416.00 | 415.30 | 223.46 | 223.46 | 223.46 | 191.84 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 253.10 | 25,874.84 |
| 09/21/16 | 09/20/16 | 26 | 12/01/16 | 416.00 | 415.30 | 192.24 | 192.24 | 192.24 | 223.06 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 253.80 | 25,651.78 |
| 11/02/16 | 11/01/16 | 42 | 01/01/17 | 413.00 | 415.30 | 307.86 | 307.86 | 307.86 | 107.44 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 251.50 | 25,544.34 |
| 11/16/16 | 11/15/16 | 14 | 02/01/17 | 415.00 | 415.30 | 102.19 | 102.19 | 102.19 | 313.11 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 251.20 | 25,231.23 |
| 01/24/17 | 01/23/17 | 69 | 03/01/17 | 415.00 | 415.30 | 497.48 | 497.48 | 415.30 | 0.00 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.90 | 25,231.23 |
| 01/30/17 | 01/29/17 | 6 | 04/01/17 | 415.00 | 415.30 | 43.26 | 125.44 | 125.44 | 289.86 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.60 | 24,941.38 |
| 02/22/17 | 02/21/17 | 23 | 05/01/17 | 415.00 | 415.30 | 163.92 | 163.92 | 163.92 | 251.38 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.30 | 24,690.00 |
| 03/21/17 | 03/20/17 | 27 | 06/01/17 | 415.00 | 415.30 | 190.49 | 190.49 | 190.49 | 224.81 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 24,465.19 |
| 05/17/17 | 05/16/17 | 57 | 07/01/17 | 415.00 | 415.30 | 398.49 | 398.49 | 398.49 | 16.81 | 0.00 | 0.00 | (15.34) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 249.70 | 24,448.38 |
| 05/23/17 | 05/22/17 | 6 | Arrears Payment | 11.90 | 0.00 | 41.92 | 41.92 | 0.00 | 0.00 | 0.00 | 0.00 | (3.44) | 11.90 | 0.00 | 0.00 | 0.00 | 0.00 | 249.70 | 24,448.38 |
| 06/15/17 | 06/14/17 | 23 | 08/01/17 | 200.00 | 415.30 | 160.68 | 202.60 | 202.60 | 212.70 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.40 | 24,235.68 |
| 08/31/17 | 08/31/17 | 78 | *Transfer to Carrington* | 0.00 | 0.00 | 540.18 | 540.18 | 0.00 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.40 | 24,235.68 |
| 09/15/17 | 09/14/17 | 14 | 09/01/17 | 415.00 | 415.30 | 96.96 | 637.14 | 415.30 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.10 | 24,235.68 |
| 10/30/17 | 10/29/17 | 45 | 10/01/17 | 415.30 | 415.30 | 311.64 | 533.48 | 415.30 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.10 | 24,235.68 |
| 11/27/17 | 11/26/17 | 28 | 11/01/17 | 415.30 | 415.30 | 193.91 | 312.10 | 312.10 | 103.20 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.10 | 24,132.47 |
| 01/05/18 | 01/04/18 | 39 | 12/01/17 | 415.30 | 415.30 | 268.94 | 268.94 | 268.94 | 146.36 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.10 | 23,986.12 |
| 02/22/18 | 02/21/18 | 48 | 01/01/18 | 415.13 | 415.30 | 329.00 | 329.00 | 329.00 | 86.30 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.93 | 23,899.81 |
| 04/30/18 | 04/30/18 | 68 | *Transfer to SN Servicing* | 0.00 | 0.00 | 464.40 | 464.40 | 0.00 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.93 | 23,899.81 |
| 05/30/18 | 05/29/18 | 29 | 02/01/18 | 415.30 | 415.30 | 198.05 | 662.46 | 415.30 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.93 | 23,899.81 |
| 07/12/18 | 07/11/18 | 43 | Late Charge Assess | 0.00 | 0.00 | 293.67 | 540.82 | 0.00 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (20.77) | 54.70 | 23,899.81 |
| 08/03/18 | 08/02/18 | 22 | 03/01/18 | 600.00 | 415.30 | 150.25 | 691.07 | 415.30 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (20.77) | 239.40 | 23,899.81 |
| 09/04/18 | 09/03/18 | 32 | 04/01/18 | 420.00 | 415.30 | 218.54 | 494.31 | 415.30 | 0.00 | 0.00 | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (20.77) | 244.10 | 23,899.81 |
| 10/02/18 | 10/01/18 | 28 | FPI Escrow | (19.43) | 0.00 | 191.22 | 270.24 | 0.00 | 0.00 | (19.43) | (19.43) | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (20.77) | 244.10 | 23,899.81 |
| 10/12/18 | 10/11/18 | 10 | Late Charge Assess | 0.00 | 0.00 | 68.29 | 338.53 | 0.00 | 0.00 | (19.43) | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (41.54) | 244.10 | 23,899.81 |
| 10/26/18 | 10/25/18 | 14 | 05/01/18 | 200.00 | 415.30 | 95.61 | 434.15 | 415.30 | 0.00 | (19.43) | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (41.54) | 28.80 | 23,899.81 |
| 11/05/18 | 11/04/18 | 10 | FPI Escrow | 0.00 | 0.00 | 68.29 | 87.14 | 0.00 | 0.00 | (37.15) | (17.72) | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (41.54) | 28.80 | 23,899.81 |
| 11/12/18 | 11/11/18 | 7 | Late Charge Assess | 0.00 | 0.00 | 47.81 | 134.95 | 0.00 | 0.00 | (37.15) | 0.00 | (3.44) | 0.00 | 0.00 | 0.00 | 0.00 | (62.31) | 28.80 | 23,899.81 |
| 11/23/18 | 11/22/18 | 11 | Arrears Payment | 3.44 | 0.00 | 75.12 | 210.07 | 0.00 | 0.00 | (37.15) | 0.00 | (0.00) | 3.44 | 0.00 | 0.00 | 0.00 | (62.31) | 28.80 | 23,899.81 |
| 12/04/18 | 12/03/18 | 11 | FPI Escrow | 0.00 | 0.00 | 75.12 | 285.19 | 0.00 | 0.00 | (54.87) | (17.72) | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | (62.31) | 28.80 | 23,899.81 |
| 12/12/18 | 12/11/18 | 8 | Late Charge Assess | 0.00 | 0.00 | 54.64 | 339.83 | 0.00 | 0.00 | (54.87) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | (83.08) | (20.77) | 28.80 | 23,899.81 |

| Date | Effective Date | Days | Description | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | APO Balance | APO Claim / PMT | Late Balance | Late Fees/pmts | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/19 | 01/06/19 | 26 | FPI Escrow | (17.72) | 0.00 | 177.57 | 517.40 | 0.00 | 0.00 | (72.59) | (17.72) | (0.00) | 0.00 | 0.00 | 0.00 | (83.08) | 0.00 | 28.80 | 23,899.81 |
| 01/12/19 | 01/11/19 | 5 | Late Charge Assess | 0.00 | 0.00 | 34.15 | 551.54 | 0.00 | 0.00 | (72.59) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (103.85) | (20.77) | 28.80 | 23,899.81 |
| 01/17/19 | 01/16/19 | 5 | 06/01/18 | 416.00 | 415.30 | 34.15 | 585.69 | 415.30 | 0.00 | (72.59) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (103.85) | 0.00 | 29.50 | 23,899.81 |
| 02/04/19 | 02/03/19 | 18 | FPI Escrow | (17.72) | 0.00 | 122.93 | 293.32 | 0.00 | 0.00 | (90.31) | (17.72) | (0.00) | 0.00 | 0.00 | 0.00 | (103.85) | 0.00 | 29.50 | 23,899.81 |
| 02/12/19 | 02/11/19 | 8 | Late Charge Assess | 0.00 | 0.00 | 54.64 | 347.96 | 0.00 | 0.00 | (90.31) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (124.62) | (20.77) | 29.50 | 23,899.81 |
| 03/04/19 | 03/03/19 | 20 | FPI Escrow | 0.00 | 0.00 | 136.59 | 484.55 | 0.00 | 0.00 | (111.42) | (21.11) | (0.00) | 0.00 | 0.00 | 0.00 | (124.62) | 0.00 | 29.50 | 23,899.81 |
| 03/12/19 | 03/11/19 | 8 | Late Charge Assess | 0.00 | 0.00 | 54.64 | 539.18 | 0.00 | 0.00 | (111.42) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (145.39) | (20.77) | 29.50 | 23,899.81 |
| 04/01/19 | 03/31/19 | 20 | FPI Escrow | 0.00 | 0.00 | 136.59 | 675.77 | 0.00 | 0.00 | (132.53) | (21.11) | (0.00) | 0.00 | 0.00 | 0.00 | (145.39) | 0.00 | 29.50 | 23,899.81 |
| 04/08/19 | 04/07/19 | 7 | FPI Refund | 11.36 | 0.00 | 47.81 | 723.58 | 0.00 | 0.00 | (121.17) | 11.36 | (0.00) | 0.00 | 0.00 | 0.00 | (145.39) | 0.00 | 29.50 | 23,899.81 |
| 04/12/19 | 04/11/19 | 4 | Late Charge Assess | 0.00 | 0.00 | 27.32 | 750.89 | 0.00 | 0.00 | (121.17) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (166.16) | (20.77) | 29.50 | 23,899.81 |
| 05/12/19 | 05/11/19 | 30 | Late Charge Assess | (20.77) | 0.00 | 204.88 | 955.78 | 0.00 | 0.00 | (121.17) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (186.93) | (20.77) | 29.50 | 23,899.81 |
| 06/12/19 | 06/11/19 | 31 | Late Charge Assess | (20.77) | 0.00 | 211.71 | 1,167.49 | 0.00 | 0.00 | (121.17) | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (207.70) | (20.77) | 29.50 | 23,899.81 |
| 06/27/19 | 06/26/19 | 15 | Waive FPI | 121.17 | 0.00 | 102.44 | 1,269.93 | 0.00 | 0.00 | 0.00 | 121.17 | (0.00) | 0.00 | 0.00 | 0.00 | (178.20) | 0.00 | 29.50 | 23,899.81 |
| 06/27/19 | 06/26/19 | 0 | Late Charge Payment | 0.00 | 0.00 | 0.00 | 1,269.93 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (178.20) | 29.50 | 0.00 | 23,899.81 |
| 06/27/19 | 06/26/19 | 0 |  | 0.00 | 0.00 | 0.00 | 1,269.93 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (178.20) | 0.00 | 0.00 | 23,899.81 |
| 06/27/19 | 06/26/19 | 0 | **Borrower Due: 07/01/2018** | 0.00 | 0.00 | 0.00 | 1,269.93 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (178.20) | 0.00 | 0.00 | 23,899.81 |
| 06/27/19 | 06/26/19 | 0 |  | 0.00 | 0.00 | 0.00 | 1,269.93 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (178.20) | 0.00 | 0.00 | 23,899.81 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## YOUNGSTOWN DIVISION

In Re:

Case No. 13-42706-rk

Martin C. Thomas
   *aka* Martin Thomas

Chapter 13

Debtor.

Judge Russ Kendig

---

### CERTIFICATE OF SERVICE

---

I certify that on July 3, 2019, a true and correct copy of this Response to Notice of Final Cure Payment was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

      Bruce R Epstein, Debtor's Counsel
      epsteinlaw@sbcglobal.net

      Michael A. Gallo, Chapter 13 Trustee
      mgallo@gallotrustee.com

      Office of the U.S. Trustee
      (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

      Martin C. Thomas, Debtor
      4951 Canfield Road
      Canfield, OH 44406-9325

                  Respectfully Submitted,

                  /s/ Molly Slutsky Simons
                  Molly Slutsky Simons (0083702)
                  Sottile & Barile, Attorneys at Law
                  394 Wards Corner Road, Suite 180
                  Loveland, OH 45140
                  Phone: 513.444.4100
                  Email: bankruptcy@sottileandbarile.com
                  Attorney for Creditor